IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN ZIMMERMAN,

      Plaintiff,                             No. 2:10-cv-0805 KJN P

     vs.

R. RIVAS, et al.,

      Defendants.

_____/          <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly

1

1 payments of twenty percent of the preceding month's income credited to plaintiff's prison trust
2 account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court
3 each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28
4 U.S.C. § 1915(b)(2).

5     The complaint states potentially cognizable claims for relief pursuant to 42 U.S.C.
6 § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
7 reasonable opportunity to prevail on the merits of this action.

8     In accordance with the above, IT IS HEREBY ORDERED that:

9     1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

10    2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
11 Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
12 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
13 Director of the California Department of Corrections and Rehabilitation filed concurrently
14 herewith.

15    3.  Service is appropriate for the following defendants:  R. Rivas, J. Robinson,
16 J.C. Wiley, C.D. Brown, R. Vicente, S. Peterson, III, A. Tranquina, J.W. Haviland, S. Cervantes,
17 K. Picco, D. Fleetwood, and E. Sandoval.

18    4.  The Clerk of the Court shall send plaintiff twelve USM-285 forms, one
19 summons, an instruction sheet and a copy of the complaint filed April 6, 2010.

20    5.  Within thirty days from the date of this order, plaintiff shall complete the
21 attached Notice of Submission of Documents and submit the following documents to the court:

22        a.  The completed Notice of Submission of Documents;
23        b.  One completed summons;
24        c.  One completed USM-285 form for each defendant listed in number 3
25            above; and
26        d.  Thirteen copies of the endorsed complaint filed April 6, 2010.

1    6. Plaintiff need not attempt service on defendants and need not request waiver of
2 service. Upon receipt of the above-described documents, the court will direct the United States
3 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
4 without payment of costs.
5 DATED: June 14, 2010

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

zimm0805.1

1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN ZIMMERMAN,

      Plaintiff,                          No. 2:10-cv-0805 KJN P

     vs.

R. RIVAS, et al.,                         <u>NOTICE OF SUBMISSION</u>

      Defendants.                    <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____     completed summons form

        ____     completed USM-285 forms

        ____     copies of the _____
                             Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff